IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAMELA TISH,

Plaintiff,

v.

SHENGYONG WANG, *et al.*,

Defendants.

Case No. 24-cv-820 JPG

### JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 9/24/2024**   MONICA A. STUMP, Clerk of Court

   s/ Tina Gray, Deputy Clerk


**Approved:**   *s/J. Phil Gilbert*
   **J. PHIL GILBERT**
   **DISTRICT JUDGE**